## 50302. WOODS v. MONTS.

QUILLIAN, Judge.

The ruling of the trial judge from which appeal was taken was predicated on "hearing evidence presented by all parties." On oral argument before this court, counsel for the appellant has stipulated that there is no transcript of the proceedings. Hence, from an examination of the record before us, we can not hold that the trial judge abused his discretion in finding against the appellant.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

ARGUED MARCH 10, 1975 — DECIDED APRIL 18, 1975.

*Mary M. Young,* for appellant.
*Smith & Jones, William E. Smith,* for appellee.